# THE MARKS LAW FIRM, P.C.

September 8, 2022

**<u>Via ECF:</u>**
USDC/SDNY
40 Foley Square
New York, NY 10007

RE:    **<u>Marcos Calcano v. McDonald's Corporation</u>**
         Index: 1:19-cv-09836-RA

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Dear Sir or Madam:

        The undersigned counsel represents Plaintiff, Marcos Calcano, in the above referenced matter. This letter notice is being filed pursuant to Federal Rule 41(a)(1)(A)(i) Dismissal of Actions **<u>without</u>** prejudice against **<u>McDonald's Corporation</u>**, since no party has answered or otherwise moved for summary judgement in this action.

                Respectfully Submitted,

                The Marks Law Firm, P.C.

        By:_____
                Bradly G. Marks

The Clerk of Court is respectfully directed to
close this case.

SO ORDERED.

_____
Hon. Ronnie Abrams
09/12/2022

155 East 55th Street, Suite 6A, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com